PAUL W. NOETHE *v.* ROSALIE G. NOETHE
(8845)

DUPONT, C. J., SPALLONE and FOTI, Js.

Argued September 28—decision released October 3, 1990

*Rosalie A. Griffith,* pro se, the appellant (defendant).

*David J. Ordway,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.